UNITED STATES of America, Plaintiff–Appellee,

v.

Hector BACA–QUIROZ, aka Hector Ruiz–Quiroz, aka Hector Quiroz–Valasquez, Defendant–Appellant.

No. 08–30448.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Aug. 31, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Timothy John Racicot, Assistant U.S., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

John Rhodes, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Hector Baca–Quiroz appeals the sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). Baca–Quiroz contends that the district court erred by failing to consider that the lack of a "fast-track" program in the District of Montana creates an unwarranted sentencing disparity contrary to the requirements of 18 U.S.C. § 3553(a)(6). Baca–Quiroz acknowledges that his contention is foreclosed by *United States ˋv. Gonzalez–Zotelo*, 556 F.3d 736, 740–41 (9th Cir.2009), and that he raises it to preserve it for potential future review.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

